IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES EDWARD MONROE, JR.,
    Plaintiff,

vs.                      3:06cv522/RV/MD

BRENDA CHROMIACK, et al.,
    Defendants.
_____

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 26, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is DISMISSED WITH PREJUDICE as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i), and the clerk is directed to close the file.

At Pensacola, Florida, this 5th day of March, 2007.


                                            */s/ Roger Vinson*
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**